# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           CRIMINAL NO. 2: 14-cr-20239

    Plaintiff,          HON. ARTHUR J. TARNOW

vs.

EDWARD BELCZAK,
JANICE VERSCHUREN,

    Defendant.

_____/

## STIPULATION TO EXTEND MOTION FILING AND RULE 11 PLEA AGREEMENT ACCEPTANCE DATES

The parties, by and through their respective counsel, stipulate to extending the deadline for filing motions from July 15, 2015 to July 31, 2015 and an extension of the acceptance of the Rule 11 Plea Agreement to July 31, 2015.

It is further stipulated and agreed by the parties that the delay caused by this adjournment is excludable delay under the provisions of 18 U.S.C. § 3161(h)(1) and (7)(A) in that the parties request further time to prepare for trial and explore plea negotiations and the ends of justice are served by this delay and outweigh the best interests of the public and the Defendants in a speedy trial.

/s/ Frances Carlson
FRANCES CARLSON (P62624)
AUSA
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
(313) 226-9100
frances.carlson@usdoj.gov

/s/ Karen Reynolds
KAREN REYNOLDS (P31029)
AUSA
2011 W. Fort Street, Ste. 2001
Detroit, MI 48226
(313) 226-9100
karen.reynolds@usdoj.gov

/s/ Brian M. Legghio
BRIAN M. LEGGHIO (P29658)
Attorney for Janice Verschuren
134 Market Street
Mt. Clemens, MI 48043
(586) 493-7000
blegghio@legghiolaw.com

/s/ Jerome Sabbota
JEROME SABBOTA (P25892)
Ribitwer & Sabbota, LLP
Attorney for Defendant Edward Belczak
26862 Woodward Ave, Suite 200
(248) 543-8000
contact@ribitwersabbota.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          CRIMINAL NO. 2: 14-cr-20239

    Plaintiff,          HON. ARTHUR J. TARNOW

vs.

EDWARD BELCZAK,
JANICE VERSCHUREN,

    Defendant.

_____/

## ORDER EXTENDING SCHEDULING DATES

The Court, after reading the Stipulation signed by Counsel and otherwise being fully advised of the premises herein, further finding that pursuant to 18 U.S.C. §3161(h)(1) that the parties request a reasonable amount of time for continued discovery review and efforts toward plea negotiations, which constitute excusable delay under the Speedy Trial Act, and that pursuant to 18 U.S.C. 3161 (h)(7)(A), the ends of justice are served by granting the requested continuance for the reason stated in the stipulation, which reasons outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS HEREBY ORDERED that the deadline for filing motions shall be extended to July 31, 2015, and the acceptance of any Rule 11 Plea Agreement shall be extended to July 31, 2015.

IT IS FURTHER ORDERED that this extension shall constitute excludable delay under 18 U.S.C. Sect. 3161(h)(1) and Sect. 3161 (h)(7)(A) of the Speedy Trial Act.

<u>s/Arthur J. Tarnow</u>  
Hon. Arthur J. Tarnow  
U.S. District Court Judge

DATE: July 14, 2015