UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      No. 14-cr-20239

-vs-                              Hon. Arthur J. Tarnow

D-1 EDWARD BELCZAK and
D-2 JANICE VERSCHUREN,

       Defendants.

_____/

**STIPULATION TO EXTEND MOTION FILING AND MOTION HEARING**

      The United States of America and defendants Edward Belczak and Janice Verschuren, by and through their respective counsel stipulate to extending the deadline for filing motions from July 31, 2015 to August 31, 2015.

      It is further stipulated and agreed by the parties that the deadline for filing motion responses be extended from August 20, 2015 to September 17, 2015; and that the final pretrial conference/motion hearing be extended from August 20, 2015 to September 18, 2015.

1

The parties also agree that the period of time between the July 31, 2015 and September 18, 2015, should be excluded from the calculation of the period within which the trial in this case must commence and that the stipulated delay serves the ends of justice and "the granting of such continuance [will] outweigh the best interests of the public and the defendant[s] in a speedy trial," 18 U.S.C. § 3161(h)(7)(A).

          Respectfully submitted,

          BARBARA L. MCQUADE
          *United States Attorney*

          s/Frances Lee Carlson
          FRANCES LEE CARLSON (P62624)
          *Assistant United States Attorney*
          211 W. Fort Street, Suite 2001
          Detroit, MI 48226
          phone:   313-226-9696
          e-mail:   frances.carlson@usdoj.gov

| s/with consent of Jerome Sabbota | s/with consent of Brian M. Legghio |
|---|---|
| JEROME SABBOTA (P25892) | BRIAN M. LEGGHIO (P29658) |
| *Attorney for Defendant Belczak* | *Attorney for Defendant Verschuren* |
| 26862 Woodward Avenue, Ste. 200 | 134 Market Street |
| Royal Oak, MI   48067 | Mt. Clemens, MI   48043 |
| phone:   248-543-8000 | phone:   586-493-7000 |
| e-mail:   contact@ribitwersabbota.com | e-mail:   blegghio@legghiolaw.com |

Dated:   August 6, 2015

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                  No. 14-cr-20239

-vs-                              Hon. Arthur J. Tarnow

D-1 EDWARD BELCZAK and
D-2 JANICE VERSCHUREN,

       Defendants.

_____/

## ORDER REGARDING EXCLUDABLE DELAY

This matter coming before the Court on the stipulation of the government and defendants Edward Belczak and Janice Verschuren, and the Court being fully advised, now therefore:

IT IS HEREBY ORDERED THAT the motion deadline is extended to **August 31, 2015**.

IT IS FURTHER ORDERED THAT the deadline for answers to motions is extended to **September 17, 2015**.

IT IS FURTHER ORDERED THAT the hearing on any motions and the final pretrial conference is scheduled for **September 18, 2015 at 10:00 a.m.**

IT IS FURTHER ORDERED that the period of time between July 31, 2015 and September 18, 2015, be deemed excludable delay and excluded from the calculation of the period within which the trial in this case must commence.

|  |  |
|---|---|
|  | s/Arthur J. Tarnow |
|  | ARTHUR J. TARNOW |
| Date: August 6, 2015 | *United States District Judge* |